

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

Nos. 06-14-00066-CR &
06-14-00067-CR

WILLIAM JASON PUGH, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 402nd Judicial District Court
Wood County, Texas
Trial Court Nos. 22,041-2013 & 22,042-2013

Before Morriss, C.J., Moseley and Burgess, JJ.

O R D E R

Our review of the court reporter's record and clerk's record in these cases indicates that both such records contain "sensitive data" as that phrase is defined in Rule 9.10 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 9.10(a). Sensitive data includes "a birth date, a home address, and the name of any person who was a minor at the time the offense was committed." TEX. R. APP. P. 9.10(a)(3). Both records include the names of persons who were minors at the time the offense was committed. Rule 9.10(b) states, "Unless a court orders otherwise, an electronic or paper filing with the court, including the contents of any appendices, must not contain sensitive data." TEX. R. APP. P. 9.10(b).

Rule 9.10(f) provides, "A court may also order that a document be filed under seal in paper form or electronic form, without redaction." TEX. R. APP. P. 9.10(f). Therefore, because the court reporter's record and clerk's record contain sensitive data, we order the Clerk of this Court or her appointee, in accordance with Rule 9.10(f), to seal the electronically filed reporter's record and clerk's record in these cases.

IT IS SO ORDERED.

BY THE COURT

Date:   February 19, 2015